# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

NO.  2019 CW 0994

VERSUS

OCCIDENTAL CHEMICAL CORPORATION, ET AL

**DEC 2 3 2019**

In Re:   Zurich American Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rules 4-5(C)(8) and (10) of the Uniform Rules of Louisiana Courts of Appeal, as it does not include a copy of all incidental demands filed against relator in both cases at issue or a copy of the pertinent court minutes. Additionally, because relator seeks this court's review of a ruling that purportedly was issued following an evidentiary hearing, it was necessary for this court to be provided copies of all evidence, including testimony, submitted to the trial court.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before January 13, 2020, and must contain a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT